STATE v. HOLT

No. 336PA01

Case below: 144 N.C. App. 112

Petition by Attorney General for writ of supersedeas allowed 4 October 2001. Petition by Attorney General for discretionary review pursuant to G.S. 7A-31 allowed 4 October 2001.


STATE v. KERNODLE

No. 460P01

Case below: 145 N.C. App. 504

Motion by the Attorney General to dismiss the appeal for lack of substantial constitutional question allowed 4 October 2001. Petition by defendants for discretionary review pursuant to G.S. 7A-31 denied 4 October 2001.


STATE v. LEAZER

No. 419P01

Case below: 144 N.C. App. 450

Motion by the Attorney General to dismiss the appeal for lack of substantial constitutional question allowed 4 October 2001. Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 4 October 2001. Justice Edmunds recused.


STATE v. LYTCH

No. 244A01

Case below: 142 N.C. App. 576

Petition by defendant for discretionary review pursuant to G.S. 7A-31 and Appellate Rule 16(b) as to issues in addition to those presented as the basis for the dissenting opinion in the Court of Appeals denied 4 October 2001.